remand this petition for review to the Board of Immigration Appeals (Board) to permit the Board to reconsider its decision in light of our holding in *Hernandez–Guadarrama v. Ashcroft,* 394 F.3d 674 (9th Cir.2005) is granted. On remand, the parties shall be permitted to submit supplemental briefs addressing our holding in *Hernandez–Guadarrama* to the Board.

Petitioner's removal is stayed pending the Board's decision on remand.

**PETITION FOR REVIEW GRANTED and REMANDED for further proceedings.**

MEMORANDUM **

A review of the record and appellant's April 24, 2006 response indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

Bobby L. FRANKLIN, Plaintiff—
Appellant,

v.

Blaine WELSH;  et al., Defendants—
Appellees.

No. 06–15101.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2006.*

Filed July 21, 2006.

Bobby L. Franklin, Mesa, AZ, pro se.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

UNITED STATES of America,
Plaintiff—Appellee,

Carlos Humberto Orantes–Arriaga,
Claimant—Appellant,

v.

$77,825.00 IN U.S. CURRENCY,
in rem, Defendant.

No. 06–35184.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2006.*

Filed July 21, 2006.

Leslie Jo Westphal, Scott E. Asphaug, Esq., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).